# EXHIBIT 2

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP - 8 2016

RICK WARREN
COURT CLERK
40_____

| | | |
|---|---|---|
| Gene Hartman, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: CJ-2016-4603 |
| Big Lots Stores, Inc., | ) | |
| Defendant. | ) | |

## PETITION

Plaintiff, Gene Hartman, for his cause of action against Defendant, Big Lots Stores, Inc., states:

1. On or about June 18, 2015, Plaintiff went to Big Lots Store #1488, in Midwest City, OK. He slipped and fell on the wet floor.

2. Due to Defendant's negligence, Plaintiff sustained bodily injury, suffered and will suffer pain, has incurred and will incur medical bills and lost wages.

WHEREFORE, Plaintiff prays judgment against the Defendant in an amount in excess of the amount required for diversity jurisdiction, along with costs, interest, attorney fees, and any other and further relief to which he may be entitled.

Respectfully submitted,

_____
T. David Hasbrook, OBA # 3961
Clayton T. Hasbrook, OBA # 22169
HASBROOK & HASBROOK
400 N. Walker Avenue, Suite 130
Oklahoma City, OK 73102
405-235-1551
405-367-0900 - facsimile
Email:   tdh@hasbrooklaw.com
Email:   cth@hasbrooklaw.com
***ATTORNEYS FOR PLAINTIFF***